IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CR-065-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| OCTAVIO CHAVEZ-BARRON, and | ) |
| EDUARDO PEREZ-ALVAREZ, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal" (Document No. 10) filed March 30, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government asserts the Bill of Indictment, Arrest Warrant, and the case in general, should be unsealed immediately because Defendants have been arrested and there is no longer a need to protect the investigation. (Document No. 10).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Unseal" (Document No. 10) is **GRANTED**. The Clerk of Court is directed to unseal this case.

**SO ORDERED**.

Signed: March 30, 2022

David C. Keesler
United States Magistrate Judge